373 A.2d 1150

Santangelo et al. v. U. S. Terrazzo Panels, Inc. (et al., Appellant).

Submitted December 9, 1976. Andrew F. Napoli, and Cohen, Verlin, Sherzer & Porter, for appellant; Stephen B. Cooper, and Santangelo, Lewis & Mescolotto, for appellee.

Order affirmed.

373 A.2d 1151

Schwartz, et al., Appellants, v. Eglick.

Argued September 16, 1976. Albert Ominsky, with him Ominsky, Koral & Welsh, for appellants; Harry A. Short, Jr., with him Thomas J. Finarelli, for appellee.

Judgment affirmed.